UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CITY COURT OF SULPHUR** | **CASE NO.  2:24-CR-00142 SEC P-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CAROL JAMES VINCENT (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

### AMENDED MEMORANDUM RULING

The court hereby **AMENDS** its prior ruling to reflect the following additional grounds for remand. The case remains remanded to the Sulphur City Court, as reflected in the prior judgment:

Although defendant has removed his case under 28 U.S.C. § 1455, this statute only applies to a limited selection of cases. These typically include "(1) when the case is brought against either (a) the federal government, one of its agencies, or an officer of the United States (or person acting under that officer), or (b) a member of the United States armed forces in certain circumstances; or (2) when a defendant alleges that he has been denied a federal right arising under a specific law or statute protecting racial equality, and that he cannot enforce his federal civil rights in his state court criminal proceedings." *Oklahoma v. Smith*, 2024 WL 130783, at *1 (W.D. Okla. Jan. 11, 2024) (citing 28 U.S.C. §§ 1442, 1442a, 1443).

These circumstances are not present here. Defendant is a private citizen and does not allege any civil rights violation in his state court proceedings. There is no statutory basis for removal.

**THUS DONE AND SIGNED** in Chambers on this 25th day of October, 2024.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**